UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT MAZUR,

      Plaintiff,                        HONORABLE PAUL L. MALONEY

v.                                   Case No. 1:10-cv-225

PAULSTRA CRC CORPORATION, et al.,

      Defendants.
_____/

## ORDER LIFTING STAY

On May 10, 2010, this matter was stayed pending a decision by Defendant Life Insurance Company of North America on Plaintiff's pending claim for long-term disability benefits. On January 25, 2011, the parties filed a joint status report stating the claim for long-term disability benefits was approved and requested a case management order or scheduling order on remaining claims. As such, the Court will lift the stay in this matter and a scheduling conference will be set.

**IT IS SO ORDERED**.

Date: February 1, 2011                               /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge