UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT MAZUR,            )<br>             Plaintiff,    )<br>                                )   No.  1:10-cv-225<br>-v-                          )<br>                                )   HONORABLE PAUL L. MALONEY<br>PAULSTRA CRC CORPORATION,     )<br>LIFE INSURANCE COMPANY OF NORTH )<br>AMERICA, and CIGNA CORPORATION, )<br>             Defendants.   )<br>_____) | |

## JUDGMENT

Having granted Plaintiff's motion for summary judgment, and having remanded Plaintiff's claim under the Employee Retirement Income Security Act to the plan administrator, all pending claims have been resolved.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  January 9, 2013              /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    Chief United States District Judge