UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT MAZUR,<br>    Plaintiff,<br><br>-v-<br><br>PAULSTRA CRC CORPORATION,<br>LIFE INSURANCE COMPANY OF NORTH<br>AMERICA, and CIGNA CORPORATION,<br>    Defendants.<br>_____ | No. 1:10-cv-225<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Plaintiff's motion for summary judgment, and having remanded Plaintiff's claim under the Employee Retirement Income Security Act to the plan administrator, all pending claims have been resolved.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: January 9, 2013　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge